UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS DISTRICT 9 PENSION PLAN; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>POLK COMMUNICATIONS, INC.<br><br>Defendant. | CASE NO.: C-09-1440 CRB<br><br>[Proposed] ORDER<br><br>Judge: Hon. Charles R. Breyer |

[~~PROPOSED~~] ORDER:

IT IS HEREBY ORDERED that Judgment be entered in the above-entitled cause in favor of Plaintiffs against Defendant POLK COMMUNICATIONS, INC., in the amount of $7,723.30. The judgment is pursuant to the Settlement Agreement and Stipulation for Entry of Judgment attached as Exhibits A and B to the Stipulation for Contingent Order of Dismissal filed on June 12, 2009.  The Settlement Agreement and Stipulation for Entry of Judgment call for a judgment of $15,523.03, less any amounts received by Plaintiff.  Plaintiff acknowledges that it received a $4,000 payment on or about August 24, 2009 and a $3,799.73 payment on or about June 8, 2009, and therefore it is ORDERED that Judgment be entered in the amount of $7,723.30 ($15,523.03 - $4,000.00 - $3,799.73).

IT IS SO ORDERED.

Dated: __January 6, 2010__  _____
U.S. District Court Judge

